**Order entered February 19, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00092-CR

**SYED SARTAJ NAWAZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81120-2017**

## ORDER

On September 13, 2019, we ordered court reporter Sheri Vecera to file a supplemental reporter's record of the September 30, 2016 hearing on the pre-indictment application for writ of habeas corpus seeking a bond reduction. She did not do so. By order dated January 14, 2020, we again ordered her to file a supplemental reporter's record and cautioned her that the failure to do so would result in the Court ordering she not sit until the supplemental reporter's record was filed.

This case is set for submission on February 25, 2020. To date, no supplemental reporter's record of the September 30, 2016 hearing on the pre-indictment application for writ of habeas corpus seeking a bond reduction has been filed.

We **ORDER** court reporter Sheri Vecera not to sit until the supplemental reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Sheri Vecera, official court reporter; Collin County Auditor's Office; and counsel for all parties.

/s/     LANA MYERS
PRESIDING JUSTICE